In the Matter of the Accounting of Charles S. Collyer, as Administrator of Elizabeth Collyer, Deceased.  In the Matter of the Motion of Henry M. Collyer, etc., Appellant, that Fanny Collyer, as Executrix, Respondent, Pay Money into Court.— Motion for reargument granted and case set down for hearing on

Wednesday, October 16, 1907. Present—Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.